574 A.2d 603

Betty L. BAKER, Executrix of the Estate of
Thomas Motel, Deceased

v.

S & L SERVICE COMPANY, Appellant.

Supreme Court of Pennsylvania.

Argued May 8, 1990.

Decided May 23, 1990.

Thomas King Kistler, Bellafonte, for appellant.

John M. Humphrey, Williamsport, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY,
McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY,
JJ.

## ORDER

PER CURIAM:

Order affirmed.

ZAPPALA, J., dissents.